# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.   CV 14-6131-PSG (PLA)                                   Date November 24, 2014

Title:   Alan S. Abraham v. Sgt. M. W. Howard, et al.

------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE

☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT:
                     NONE                                                          NONE

PROCEEDINGS:          (ORDER TO SHOW CAUSE)

Pursuant to this Court's Order of October 14, 2014, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by November 13, 2014).  The $5.00 partial filing fee has not been received by the Court.  Accordingly, **no later than December 8, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee.  Receipt of the partial $5.00 filing fee by the Court on or before **December 8, 2014**, shall be deemed compliance with this Order to Show Cause.

cc:     Alan S. Abraham, pro se

Initials of Deputy Clerk_____ch_____