# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.   CV 14-6131-PSG (PLA)                                    Date  December 9, 2014

Title:   Alan S. Abraham v. Sgt. M. W. Howard, et al.

---

**PRESENT:** THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT:**
NONE

**PROCEEDINGS:**       (ORDER TO SHOW CAUSE)

Pursuant to this Court's Order of October 14, 2014, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by November 13, 2014).  When, as of November 24, 2014, the $5.00 partial filing fee had not been received by the Court, plaintiff was ordered to show cause why this case should not be dismissed for failure to pay the required fee.

On December 8, 2014, plaintiff submitted his response to the order to show cause, in which he indicates that he never received the October 14, 2014, order, and in any event is unable to pay the initial partial filing fee.  While the Court is unable to waive payment of the $350 filing fee, the Court **discharges** the order to show cause and **grants plaintiff to March 2, 2015**, to pay the initial partial filing fee of $5.00.

cc:    Alan S. Abraham, pro se

Initials of Deputy Clerk      ch

CV-90 (10/98)                              CIVIL   MINUTES   -   GENERAL