UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.   CV 14-6131-PSG (PLA)                                              Date **August 5, 2015**

Title:   Alan S. Abraham v.  Sgt. M. W. Howard, et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS                   ☐ U.S. DISTRICT JUDGE
                                                          ☒ MAGISTRATE JUDGE

|     Christianna Howard     |        N/A                 |        N/A       |
|----------------------------|----------------------------|------------------|
|       Deputy Clerk         |   Court Reporter / Recorder |     Tape No.    |

**ATTORNEYS PRESENT FOR PLAINTIFF:**                 **ATTORNEYS PRESENT FOR DEFENDANT:**
             NONE                                                   NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

On June 22, 2015, this Court issued an Order Dismissing Second Amended Complaint with Leave to Amend. The Order gave plaintiff until July 20, 2015, to file a Second Amended Complaint that remedied the deficiencies discussed in the Order.  The Order expressly admonished plaintiff that, if he failed to timely file a Second Amended Complaint, the Court would recommend that the action be dismissed for failure to state a claim and failure to prosecute.  To date, plaintiff has not filed a Second Amended Complaint.

Accordingly, **no later than August 26, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the Second Amended Complaint on or before August 26, 2015, shall be deemed compliance with this Order to Show Cause.  Plaintiff's failure to file a Second Amended Complaint by August 26, 2015, shall result in the Court recommending that this action be dismissed.

cc:    Alan S. Abraham, pro se

                                                                    Initials of Deputy Clerk      ch

CV-90 (10/98)                              CIVIL   MINUTES  -  GENERAL