# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALAN S. ABRAHAM, | No. CV 14-6131-PSG (PLA) |
|     Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| M.W. HOWARD, et al., | |
|     Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered consistent with this Order.

3. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: December 12, 2016

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE