**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALAN S. ABRAHAM, | ) No. CV 14-6131-PSG (PLA) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| M.W. HOWARD, et al., | ) |
| Defendants. | ) |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed with prejudice for failure to prosecute and to follow court orders.

DATED: 12/12/16

_____

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE